UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AMANDA WILDER and** | * | **CIVIL ACTION** |
| **GEORGE WILDER** | * | |
| Plaintiffs | * | **NO. 2:21-cv-3543** |
| | * | |
| **VERSUS** | * | **JUDGE JAMES D. CAIN, JR.** |
| | * | |
| **GENERAC POWER SYSTEMS, INC.** | * | **MAG. JUDGE KATHLEEY KAY** |
| Defendant | * | |
| * * * * * * * * * * * * * * * * * * | | **A JURY IS DEMANDED** |

## JUDGMENT

In consideration of the foregoing joint stipulation filed by the parties:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the claims of plaintiffs, AMANDA WILDER and GEORGE WILDER, against defendant, GENERAC POWER SYSTEMS, INC., are DISMISSED, WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers this 16th day of December, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE